Accountemps aka Robert Half Internationa
1200 Collections Center Drive
Chicago IL 60693

ACS/US BK Natl Brazos 501
Bleecker St
Utica, NY 13501

American Express
P.O. Box 981537
El Paso, TX 79998

American Express Co.
P.O. Box 360001
Fort Lauderdale, FL 33336

Answerconnect
PO Box 80040
Portland, OR 97280

Associated Credit Services
105B South Street
PO Box 9100
Hopkington MA 01748

Bank of America
P.O. Box 17054
Wilmington, DE 19850

BMW Financial Services
PO Box 78066
Phoenix, AZ 85062

CCO Investment Services Corp.
c/o David M. Belcher, Esq.
Belcher, Starr & Fitzgerald
112 Water Street
Boston, MA 02109

Chase
PO Box 24696
Columbus, OH 43224

Citi Cards/Citibank
P.O. Box 6500
Sioux Falls, SD 57117

Collectcorp Corporation
455 North 3d Street
455 North 3d Street, Ste 260
Phoenix, AZ 85004

Comcast
PO Box 605
Chelmsford, MA 01824

Commercial Collection Corp of NY
O'Connor-Ravell Assoc. Inc.
34 Seymour St
Tonawanda, NY 14150

Concord Monitor
PO Box 1177
Concord, NH 03302

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197

Diversified Adjustment Service, Inc.
600 Coon Rapids Blvd.
Coon Rapids, MN 55433

Eastern Bank
1 Eastern Place
Lynn, MA 01901

Fairpoint Communications
PO Box 11021
Lewiston, ME 04243

Firstsource Advantage, LLC
205 Bryant Woods
South Amherst, NY 14228

GS Services Limited Partnership
PO Box 47500
Jacksonville, FL 32247

HSBC Retail Services
90 Christiana Rd.
New Castle, DE 19720

Jonathan Neil & Associates Inc
71 West Main Street, Suite 304
Freehold, NJ 07728

Juliano & Acinapura
c/o David Gibbs, Esq.
Suffolk University Law School
120 Tremont Street
Boston, MA 02108

Kenneth I Kolpan, Esq.
175 Federal Street, Suite 1425
Boston, Ma. 02110

Nassau Broadcasting Partners, LP
PO Box 14018
Lewiston, ME 04243

Nassau Collections
619 Alexander Road, Third Floor
Princeton, NJ 08540

National Grid
PO Box 4300
Woburn, MA 01888

National Recovery Agency
2491 Paxton St.
Harrisburg PA 17111

OCE Imagistics, Inc.
7555 E. Hampden Ave., Ste 200
Denver, CO 80231

Polland Springs # 215
6661 Dixie Hwy, Suite 4
Loisville, KY 40258

Public Service of NH
PO Box 638
Manchester, NH 03105

Receivable Management Services
1000 Cir. 75 Pkwt, Ste 400
Atlanta, GA 30339

Receivable Management Services
77 Hartford St., Ste 401
East Hartford, CT 06128

Receivable Management Services
PO Box 3099
Naperville, IL 60563

Receivable Performance Management, LLC
20816 44th Ave.
W Lynnwood, WA 98036

Regnante, Sterio & Osborne, LLP
401 Edgewater Place, Ste 630
Wakefield, MA 01880

Solomon and Solomon, P.C.
Five Columbia Circle
Albany, NY 12203

Stuart Allan & Assoc.
5447 E 5th St., Ste. 110
Tucson, AZ 85711

Sun Life Financial
PO Box 9133

Wellesley Hills, MA 02481

TDL Investments LLC
502 West River Road #94
Hookset, NH 03016

Town of Wakefield
Collector of Taxes
PO Box 209
Wakefield, MA 01880

United Recovery Systems, LP
PO Box 722929
Houston, TX 77272

Unitil
PO Box 981010
Boston, MA 02298

Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842

Verizon
PO Box 1100
Albany, NY 12250

Wakefield 0ffice Condo Trust Association
c/o Jonathan Hurley, Esq
384 Lowell Street, Suite 205
Wakefield, MA 01880

Wakefield Municipal Gas & Light Dept
PO Box 190
Wakefield MA 01880